**Order entered November 7, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00841-CV

## PAUL PICONE, Appellant

## V.

## GARY CRUCIANI AND MCKOOL SMITH, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-00300-D**

## ORDER

Before the Court is appellant's November 3, 2022 first agreed motion for an extension of time to file his brief. Appellant seeks an extension of thirty days.

We **GRANT** the motion and **ORDER** the brief be filed no later than December 28, 2022.

/s/     BONNIE LEE GOLDSTEIN
           JUSTICE